**Order entered May 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00237-CV

## IN THE INTEREST OF I.T.G.D., M.X.D., AND J.E.J.D., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-07413**

## ORDER

The clerk's and reporter's records are overdue in this appeal. Appellant's notice of appeal states that he is appealing the trial court's January 21, 2016 order regarding attorney's fees. The Dallas County District Clerk has stated there is no order that corresponds to that date. We have had no response from the court reporter. Accordingly, this is the order of the Court.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either: (1) the clerk's record containing the documents related to this case; or (2) written verification that appellant has not been found indigent and has not designated or paid for the clerk's record. *We notify appellant that if we receive verification that he has not been found indigent and has not paid for the clerk's record we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Donna Kindle, official court reporter of the 303rd Judicial District Court, to file, within **THIRTY DAYS** of the date of this order, either: (1) the reporter's record; (2)

written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not designated or paid for the reporter's record. *We notify appellant that if we receive verification that he is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record.* *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; Donna Kindle, official court reporter, 303rd Judicial District Court; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE